IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD A. WISWALL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C11-5640-MAT<br><br><br>[~~Proposed~~] ORDER AMENDING THE BRIEFING SCHEDULE |

Based on the Plaintiff's Motion to Amend the Briefing Schedule and Defendant's concurrence with the proposal, it is hereby ORDERED the Briefing Schedule shall be amended as follows:

Plaintiff's Opening Brief: Due by January 11, 2012;

Defendant's Responsive Brief: Due by February 8, 2012; and

Plaintiff's Reply Brief: Due by February 22, 2012.

DATED this 14th day of December, 2011

_____
Mary Alice Theiler
United States Magistrate Judge

1

Presented by:

2

Christopher H. Dellert
3  Dellert Baird Law Office, PLLP
P.O. Box 955
4  Port Orchard, WA   98366
Telephone:  (360) 509-9350
5  FAX:  (253) 383-3673
Dellert.Law.Office@gmail.com

6
Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24